IN THE UNITED STATES MAGISTRATE COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:23-CR-00035-8-RSB-CLR |
| Ebony COLEMAN | ) | |
| Defendant. | ) | |

## ORDER

This matter before the Court, Defendant Counsel's Amended Motion for Leave of Absence, that is the period starting on September 16, 2024, lasting through and including September 20, 2024, and after careful consideration, said Motion is **GRANTED**,

**SO ORDERED**, this 7th day of August, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA